IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA GEORGE | § § § | |
| Plaintiff, | § | Civil Action No.: 3:23-cv-00078 |
| v. | § § § | |
| WYNWOOD APARTMENTS, LLC, BELEW CONSTRUCTION, LLC, and WILLIAM L. BELEW, JR. | § § § § § | |
| Defendants. | § § | |

## MEDIATION REPORT

Comes now the Defendants, Wynwood Apartments, LLC Belew Construction LLC, and William Belew, Jr. by and through their counsel would state as follows:

1. That the parties were scheduled to conduct mediation on December 28, 2023 with attorney Allen Blair serving as the mediator. Unfortunately, Wynwood Apartments suffered severe damages that went through Middle Tennessee on Saturday, December 9, 2023. As such, Defendants were forced to request to reschedule the mediation as they focus on assessing the damage, rebuilding and or repairing Wynwood, and helping tenants find places to stay.

2. That the parties respectively believe this matter can be resolved in mediation.

3. Parties require additional time to reschedule the mediation due to this catastrophic event.

**RESPECTFULLY SUBMITTED** this the 15th day of December 2023.

MATHIS, BATES & KLINGHARD, PLLC

_____
JACOB P. MATHIS, BPR 026459
412 Franklin Street
Clarksville, Tennessee 37040
Telephone: (931) 919-5060
Facsimile: (931) 278-6642
jmathis@mbklegal.com

## CERTIFICATE OF SERVICE

    I hereby certify that on December __, 2023, I caused a true and correct copy of the foregoing document to be served on counsel of record for Plaintiff, via electronic mail, as follows:

Eric G. Calhoun
CALHOUN & ASSOCIATES
1595 N. Central Expressway
Richardson, Texas 75080
eric@ecalhounlaw.com
egcla@ecalhounlaw.com (Assistant)

Michelle Owens
AGEE OWNES LAW
2911 Elm Hill Pike
Nashville, Tennessee 37214
mowens.law@gmail.com

M. Todd Sandahl
234 First Avenue South
Franklin, Tennessee 37064
tsandahl@mtslaw.com

*Counsel for Plaintiff*

/s/ _____
Jacob B. Mathis