# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA GEORGE, § § | |
| Plaintiff, § § | Civil Action No.: 3:23-cv-00078 |
| v. § § | |
| WYNWOOD APARTMENTS, LLC, BELEW CONSTRUCTION, LLC, and WILLIAM L. BELEW, JR., § § § § | |
| Defendants. § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Cynthia George, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby files this Stipulation of Dismissal With Prejudice, with each party to bear its own costs and attorneys' fees.

Dated: January 31, 2024.

Respectfully Submitted,

CALHOUN & ASSOCIATES

*/s/ Eric G. Calhoun*
Eric G. Calhoun
1595 N. Central Expressway
Richardson, Texas 75080
(214) 766-8100
(214) 308-1947 Fax
eric@ecalhounlaw.com
egcla@ecalhounlaw.com (Assistant)

ATTORNEYS FOR PLAINTIFF

                                                */s/Jacob B. Mathis*
JACOB B. MATHIS
MATHIS, BATES & KLINGHARD, PLLC
412 FRANKLIN STREET
CLARKSVILLE, TENNESSEE 37040
(931) 919-5060
JMATHIS@MBKLEGAL.COM

*COUNSEL FOR DEFENDANTS*

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 31, 2024, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Jacob B. Mathis<br>MATHIS, BATES & KLINGHARD, PLLC<br>412 Franklin Street<br>Clarksville, Tennessee 37040<br>jmathis@mbklegal.com | *Counsel for Defendants Wynwood Apartments, LLC,*<br>*Belew Construction, LLC and William L. Belew, Jr.* |
| M. Todd Sandahl<br>Attorney at Law<br>234 First Avenue South<br>Franklin, Tennessee 37064<br>tsandahl@mtslaw.com | *Counsel for Plaintiff Cynthia George* |

                                                */s/ Eric G. Calhoun*
Eric G. Calhoun